Robert Fried, State Bar No. 85579
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant Creteguard, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WE4LFARE TRUST FUND, et al, <br><br> Plaintiff, <br><br> vs. <br><br> CRETEGUARD, INC., aka CRETE GUARD CONSTRUCTION CO., INC., a California Corporation, <br><br> Defendant. | CASE NO. CV 10-00023 <br> **ORDER RE:** <br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

This matter involves Trust Fund contributions found and alleged to be due as a result of an audit of Defendant's records. The parties are working together to evaluate all of the amounts found due, with the goal of resolving this matter informally.

Plaintiffs have therefore agreed to grant Defendant an extension of time in which to respond to the Complaint filed herein. The agreed upon date is March 31, 2010.

//
//
//
//

DATED: February 16, 2010

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Robert Fried, Esq.
Attorneys for Defendant Creteguard, Inc.

DATED: February 15, 2010

SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Michele R. Stafford, Esq.
Attorneys for All Plaintiffs

## ORDER

Pursuant to the parties' stipulation and good cause appearing therefore, the Court hereby orders that the Defendant's Answer to the Complaint filed herein be due on or before March 31, 2010.

**IT IS SO ORDERED.**

Dated: 2/17/10

