1  Robert Fried, State Bar No. 85579
   ATKINSON, ANDELSON, LOYA, RUUD & ROMO
2  A Professional Corporation
   5776 Stoneridge Mall Road, Suite 200
3  Pleasanton, California 94588
   Telephone: (925) 227-9200
4  Facsimile: (925) 227-9202

5  Attorneys for Defendant Creteguard, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WE4LFARE TRUST FUND, et al, <br><br> Plaintiff, <br><br> vs. <br><br> CRETEGUARD, INC., aka CRETE GUARD CONSTRUCTION CO., INC., a California Corporation, <br><br> Defendant. | CASE NO. CV 10-00023 <br><br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE CHARLES R. BREYER** <br><br> DATE: <br> TIME: <br> DEPT: |

In an initial request submitted to this Court on March 15, 2010, based on which the Court issued an Order dated March 17, 2010 allowing for an additional period for Defendant to respond to the complaint in this matter. As noted with the initial request, this case primarily concerns trust fund payments alleged to be due under a labor agreement. Application of the labor agreement to the underlying work performed may become an issue to be litigated. However, the parties, being experienced litigators in these matters, have agreed to set a period for audit of the claims presented and for discussion and review in aid of settlement among all concerned parties.

The parties have acted in accordance with the above representations. An employer self

audit was conducted and the audit information was provided to Plaintiffs counsel for review by the trusts. That review is currently underway and, as of this date, has not been completed.

Accordingly, it is requested that the Court allow an additional period of time for the audit process to be completed in the expectation this case will then be resolved and thus extend the time for Defendant to respond to the complaint in this matter.

It is requested that the date to be set is April 30, 2010. Because that day is after the initial case management order set in this matter (April 16, 2010), the parties request the Court reset the Case Management Conference to a date subsequent to April 30, 2010 at the convenience of the Court.

DATED: March 23, 2010

                                        ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                        By:             /s/Robert Fried
                                                 Robert Fried, Esq.
                                                 Attorneys for Defendant Creteguard, Inc.

DATED: March 23, 2010

                                        SALTZMAN & JOHNSON LAW CORPORATION

                                        By:           /s/Michele R. Stafford
                                                 Michele R. Stafford, Esq.
                                                 Attorneys for All Plaintiffs

## **ORDER**

Pursuant to the parties' stipulation and good cause appearing therefore, the Court hereby orders that the time to answer complaint be set at _____May 7_____, 2010.

The initial Case Management Conference in this matter is continued until _May 14_, 2010. at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: _March 29, 2010_____

_____

Honorable Charles R. Breyer
Judge of the District Court



-3-
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

012904.00008/241274v1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 STONERIDGE MALL ROAD, SUITE 200
PLEASANTON, CALIFORNIA 94588
TELEPHONE: (925) 227-9200
FACSIMILE: (925) 227-9202