Robert Fried, State Bar No. 85579
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202

Attorneys for Defendant Creteguard, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WE4LFARE TRUST FUND, et al,<br><br>Plaintiff,<br><br>vs.<br><br>CRETEGUARD, INC., aka CRETE GUARD CONSTRUCTION CO., INC., a California Corporation,<br><br>Defendant. | CASE NO. CV 10-00023<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ASSIGNED FOR ALL PURPOSES TO THE HONORABLE CHARLES R. BREYER**<br><br>DATE:<br>TIME:<br>DEPT: |

In an initial request submitted to this Court on March 15, 2010, based on which the Court issued an Order dated March 17, 2010 allowing for an additional period for Defendant to respond to the complaint in this matter. As noted with the initial request, this case primarily concerns trust fund payments alleged to be due under a labor agreement. Application of the labor agreement to the underlying work performed may become an issue to be litigated. However, the parties, being experienced litigators in these matters, have agreed to set a period for audit of the claims presented and for discussion and review in aid of settlement among all concerned parties.

The parties have acted in accordance with the above representations. An employer self

1  audit was conducted and the audit information was provided to Plaintiffs counsel for review by
2  the trusts. That review is currently underway and, as of this date, has not been completed.

3  Accordingly, it is requested that the Court allow an additional period of time for the audit
4  process to be completed in the expectation this case will then be resolved and thus extend the
5  time for Defendant to respond to the complaint in this matter.

6  It is requested that the date to be set is April 30, 2010. Because that day is after the initial
7  case management order set in this matter (April 16, 2010), the parties request the Court reset the
8  Case Management Conference to a date subsequent to April 30, 2010 at the convenience of the
9  Court.

10 DATED: March 23, 2010

11                                          ATKINSON, ANDELSON, LOYA, RUUD & ROMO

13                                          By:      /s/Robert Fried
                                                Robert Fried, Esq.
14                                              Attorneys for Defendant Creteguard, Inc.

15 DATED: March 23, 2010

16                                          SALTZMAN & JOHNSON LAW CORPORATION

18                                          By:      /s/Michele R. Stafford
19                                              Michele R. Stafford, Esq.
                                                Attorneys for All Plaintiffs
20

21                                          **ORDER**

22 Pursuant to the parties' stipulation and good cause appearing therefore, the Court hereby
23 orders that the time to answer complaint be set at _____ May 7 _____, 2010.

24 The initial Case Management Conference in this matter is continued until May 14,
25 2010. at 8:30 a.m.

26 **IT IS SO ORDERED.**

27 Dated: March 29, 2010

28                                          _____

-2-

012904.00008/241274v1  STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT AND REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Honorable Charles R. Breyer
Judge of the District Court



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 200
Pleasanton, California 94588
Telephone: (925) 227-9200
Facsimile: (925) 227-9202