1  Robert Fried, State Bar No. 85579
   ATKINSON, ANDELSON, LOYA, RUUD & ROMO
2  A Professional Corporation
   5776 Stoneridge Mall Road, Suite 200
3  Pleasanton, California 94588
   Telephone: (925) 227-9200
4  Facsimile: (925) 227-9202

5  Attorneys for Defendant Creteguard, Inc.

6  Muriel B. Kaplan, Esq., State Bar No. 124607
   Michele R. Stafford, Esq., State Bar No. 172509
7  SALTZMAN & JOHNSON LAW
   CORPORATION
8  44 Montgomery Street, Suite 2110
   San Francisco, California 94104
9  Telephone (415) 882-7900\
   Facsimile (415) 882-9287
10
   Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WE4LFARE TRUST FUND, et al, <br><br> Plaintiff, <br><br> vs. <br><br> CRETEGUARD, INC., aka CRETE GUARD CONSTRUCTION CO., INC., a California Corporation, <br><br> Defendant. | CASE NO. CV 10-00023 <br><br> **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> **ASSIGNED FOR ALL PURPOSES TO THE HONORABLE CHARLES R. BREYER** <br><br> DATE: November 19, 2010 <br> TIME: 8:30 a.m. <br> DEPT: Courtroom 8 |
|---|---|

Pursuant to the parties' stipulation and good cause appearing therefore, the Court hereby orders that the Case Management Conference currently schedule for November 19, 2010 be continued to December 17, 2010, at 8:30 a.m. in Courtroom 8, before the Honorable Charles R. Breyer.

1   IT IS SO ORDERED.

2   Dated:   November 4, 2010  .

_____
Honorable Charles R. Breyer
Judge of the



-2-
[PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE