IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRETEGUARD, INC., <br><br> Defendant. | No. C 10-cv-00023 CRB <br><br> **JUDGMENT** |

The Court, having granted Plaintiffs' Motion for Summary Judgment, hereby enters judgment for Plaintiffs and against Defendant.

**IT IS SO ORDERED.**

Dated: March 22, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\23\judgment.wpd